UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

**ALEXIS M. HERMAN**, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

Civil Action No.: 00-2012 DWF/AJB

**RAINBOW FOODS, INC.**, a corporation,

Defendant.

## CONSENT JUDGMENT

Plaintiff, **ALEXIS M. HERMAN**, Secretary of Labor, United States Department of Labor, having filed her complaint and defendant **RAINBOW FOODS, INC.** hereby appearing by counsel, and having been duly advised in the premises, agree to the entry of this judgment without contest;

**NOW**, therefore, upon motion of attorneys for plaintiff and defendant, and for cause shown, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**, pursuant to section 17 of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §201 et. seq.)(hereinafter "the Act"), that defendant, its officers, agents, servants, employees, and all persons in active concert or participation with it be, are hereby, permanently enjoined and restrained from violating the provisions of the Act in any of the following manners:

I

Defendant shall not, contrary to the provisions of sections 12(c) and 15(a)(4) of the Act, employ any oppressive child labor within the meaning of section 3(l) of the Act. Specifically, defendant shall:

FILED AUG 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 30 2000
DEPUTY CLERK

**A.** Not employ persons between the ages of 14 and 16 years in occupations prohibited in Regulation 3 (29 C.F.R. § 570.33 through § 570.34), including, but not limited to: (1) work involving the operation of any power-driven machinery other than office machines (§ 29 CFR 570.33(b)); (2) work requiring the use of ladders or their substitutes (§ 29 CFR 570.34(b)(4)); and (3) work in freezers and meat coolers (§ 29 CFR 570.34(b)(7));

**B.** Confine periods of employment of persons between the ages of 14 and 16 years to the periods found in Regulation 3 (29 C.F.R. § 570.35), as follows: (1) outside school hours; (2) not more than 40 hours in any 1 week when school is not in session; (3) not more than 18 hours in any 1 week when school is in session; (4) not more than 8 hours in any 1 day when school is not in session; (5) not more than 3 hours in any 1 day when school is in session; or (6) between 7 a.m. and 7 p.m. in any 1 day, except during the summer (June 1 through Labor Day) when the evening hour will be 9:00 p.m.; and

**C.** Not employ persons between the ages of 16 and 18 years in occupations deemed hazardous, as set forth in 29 C.F.R. § 570.51 through § 570.68, including, but not limited to: (1) work involving the use of a forklift or any other high-lift truck (29 CFR § 570.58); and (2) operation or assisting to operate paper products machines, scrap-paper balers, and paper box compactors (29 CFR § 570.63).

**II**

Defendant shall not fail to make, keep and preserve records of their employees and their ages, hours, and other conditions and practices of employment maintained by it as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found at 29 CFR 516 with respect to employees under the age of 19 years.

**III**

**FURTHER,** pursuant to section 16(e) of the Act, defendant is hereby ordered to pay to plaintiff the sum of $ 175,000 in civil money penalties within sixty (60) days of entry of this Judgment.

**IV**

**FURTHER**, it is agreed by the parties herein and hereby **ORDERED** that each party bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs, including, but not limited to, any and all costs referenced under the Equal Access to Justice Act, as amended.

Dated Ag 30, 2000.

U. S. DISTRICT COURT JUDGE

Defendant hereby consents to the entry of this judgment this ____ day of ________________, 2000.

**RAINBOW FOODS, INC.**

By ______________________
**ROBERT P. LISKA**

Its President
President

By Mark Schneider by D.W.
**MARK SCHNEIDER**
Attorney for Defendant

**HENRY L. SOLANO**
Solicitor of Labor

**RICHARD J. FIORE**
Regional Solicitor

Linda Ringstad
**LINDA RINGSTAD**
Attorneys for **ALEXIS M. HERMAN**

Secretary of Labor,
United States Department of Labor,
Plaintiff

Rider, Bennett, Egan & Arundell, LLP
333 South Seventh St., Suite 2000
Minneapolis, Minnesota 55402
Telephone: 612/340-7951

Office of the Solicitor
U. S. Department of Labor
230 S. Dearborn Street, 8th Floor
Chicago, Illinois 60604
Telephone: 312/353-3668